**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gary Boggs ALEXANDER,
Defendant–Appellant.**

No. 01–6057.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 17, 2001.

Robert Keller Leonard, Winston Salem, NC, for appellant.

Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gary Boggs Alexander seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Alexander,* Nos. CR–95–41–V; CA–96–168–5–4–V (W.D.N.C. filed, Oct. 31, 2000; entered Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*